

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00105-CV
_____

IN THE INTEREST OF M.M., K.M., I.T., B.J., P.M.,
I.M., JR., J.M., AND J.N.M., CHILDREN

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2014-513,191; Honorable Les Hatch, Presiding

June 13, 2019

## ORDER DIRECTING SUPPLEMENTAL BRIEFING

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, C.M., appeals the trial court's order terminating her parental rights to her children. In presenting this appeal, appointed counsel has filed an *Anders*[1] brief in support of a motion to withdraw.

In light of the recent opinion from the Texas Supreme Court in *In re N.G.*, No. 18-508, 2019 Tex. LEXIS 465 (Tex. May 17, 2019), we direct counsel to file a supplemental

_____

[1] *Anders v. California*, 386 U. S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

brief detailing an analysis of why there are no potentially plausible grounds for appeal of the trial court's findings that termination was proper under section 161.001(b)(1)(D) and (E) of the Texas Family Code. *See* TEX. FAM. CODE ANN. § 161.001(b)(1)(D) and (E) (West Supp. 2018). *See also* TEX. R. APP. P. 38.7. C.M.'s supplemental brief shall be filed on or before July 5, 2019. The brief of the Texas Department of Family and Protective Services must be filed within 20 days after the filing of C.M.'s supplemental brief. *See* TEX. R. APP. P. 38.6(b).

It is so ordered.

Per Curiam